**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **REGINALD HOLMES,** | ) | Case No. CV 17-4651-R (AJW) |
| **Petitioner,** | ) | |
| v. | ) | **JUDGMENT** |
| **RAYMOND MADDEN, Warden,** | ) | |
| **Respondent.** | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: November 27, 2017

_____
Manuel L. Real
United States District Judge